Below is the Order of the Court.

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re:

CARRIE ANN RIVERS,

          Debtor.

Chapter 13

**Case No. 19-43575-MJH**

**ORDER EXTENDING TIME TO FILE SCHEDULES, CHAPTER 13 PLAN, AND STATEMENTS**

THIS MATTER came before the Court on the motion of Carrie Ann Rivers to extend the time for filing schedules, chapter 13 plan, and statements. The Court having reviewed the Debtor's motion, and finding that good cause exists to allow an extension; now therefore, it is hereby

**ORDERED** that the time for the Debtor to file schedules, chapter 13 plan, and statements is extended to **December 5, 2019**; it is further

**ORDERED** that the Debtor shall mail a copy of this order with the Chapter 13 plan to all creditors listed in the mailing matrix of this case prior to **December 5, 2019** and file a proof of service with the court. See Local Rules W.D. Wash. Bankr. 3015-1(c)(2).

///End of Order///

ORDER EXTENDING TIME TO FILE SCHEDULES,
CHAPTER 13 PLAN, AND STATEMENTS - 1