BANK OF AMERICA
ATTN: BCY DEPT
PO BOX 982235
EL PASO, TX 79998


CHASE
ATTN: BCY DEPT
PO BOX 15298
WILMINGTON, DE 19850


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101


ORTHOPEDIC PHYSICIAN ASS.
601 BROADWAY 6TH FLOOR
SEATTLE, WA 98122


PUGET SOUND ENERGY
P.O. BOX 91269
BELLEVUE, WA 98009


SOUND LEGAL PARTNERS, PLLC
C/O STEPHEN M SMITH
6161 NE 175TH ST #205
KENMORE, WA 98028


US DEPARTMENT OF HOUSING
909 FIRST AVE. SUITE 200
SEATTLE, WA 98104