BROWN AND SEELYE PLLC
Ellen Ann Brown Esq.
Susan H. Seelye Esq.
744 South Fawcett Ave
Tacoma, WA 98402
Telephone   253-573-1958
Facsimile    253-274-1200

HONORABLE MARY JO HESTON
HEARING DATE:  February 20, 2020
TIME: 1:00 pm
RESPONSE DATE: February 13, 2020
Chapter 13

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re

CARRIE ANN RIVERS

Debtor(s)
_____

In Chapter 13 Proceeding
No. 19-43575-MJH

**RESPONSE TO TRUSTEE'S OBJECTION TO EXEMPTIONS**

COMES NOW the above-referenced debtor(s) through their attorneys of record and responds to the Trustee's Objection to Exemptions as follows:

Debtor agrees to determine the amount of exemptions to be determined at the time of liquidation.

Debtor disagrees that she should be denied any exemption under Wash. Rev. Code Sections 7.68.070(10) and 51.32.040.  Debtor was assaulted and if the State chooses at some point to file criminal charges due to the assault and the defendant in the criminal case is awarded to pay criminal restitution to the Debtor as part of the criminal proceeding then those funds ARE exempt.  Schedules A/B, & C have been amended to clarify and separate out the criminal from the civil matter.

Dated January 29, 2020.

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)